IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     v.                                                                   21-CR-6022CJS

RUBEN BULLOCK,

        Defendant.

## **INFORMATION PURSUANT TO 21 U.S.C. § 851**

## **SERIOUS DRUG FELONY CONVICTION**

PLEASE TAKE NOTICE that, upon the defendant's conviction of a violation of Title 21 of the United States Code providing for increased punishment in the event of one or more prior final convictions for a serious drug felony, the United States intends to rely upon the defendant's prior conviction on or about October 30, 2006 in the United States District Court for the Western District of New York, Docket Number 05-CR-6031CJS, for a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) (possession with intent to distribute of 50 grams or more of cocaine base), for which the defendant served a term of imprisonment of more than 12 months and the defendant's release from any term of imprisonment related to the offense was

within 15 years of the commencement of the offense charged in the Information, as the basis for the imposition of such increased punishment.

DATED: Rochester, New York, February 27, 2021.

JAMES P. KENNEDY, JR.
United States Attorney

BY: _____
EVERARDO A. RODRIGUEZ
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street
Rochester, New York 14614
585/399-3950
everardo.rodriguez@usdoj.gov