IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 21-CR-6022CJS |
| v. | **INFORMATION**<br>(Felony) |
| RUBEN BULLOCK, | **Violation:**<br>21 U.S.C. § 841(a)(1) |
| Defendant. | (1 Count and 2 Forfeiture Allegations) |

## COUNT 1

**(Possession of Cocaine with Intent to Distribute)**

**The United States Attorney Charges That:**

On or about January 21, 2021, in the Western District of New York, and elsewhere, the defendant, **RUBEN BULLOCK,** did knowingly, willfully, and unlawfully possess with intent to distribute 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).**

## ALLEGATION OF PRIOR CONVICTION FOR SERIOUS DRUG FELONY

**The United States Attorney Alleges That:**

Before the defendant, **RUBEN BULLOCK**, committed the offense charged in Count 1 of this Information, the defendant had a final conviction for a serious drug felony, that is, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) (possession of 50 grams or more of cocaine base with intent to distribute), for which the defendant served more than 12 months of imprisonment and for which the defendant was released from serving

any term of imprisonment related to the offense within 15 years of the commencement of the instant offense.

## FIRST FORFEITURE ALLEGATION

### The United States Attorney Alleges That:

Upon conviction of the controlled substance offense alleged in Count 1 of this Information, the defendant, **RUBEN BULLOCK**, shall forfeit to the United States any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including, but not limited to the following:

### CURRENCY:

a. The sum of $16,554 United States currency, which was seized by law enforcement on January 21, 2021, from the defendant's person and from 154 Saranac, Rochester, New York.

### CELLULAR PHONES:

a. One (1) IPhone XR, Model MRYU2LL/A, IMEI 356436108484177; and

b. One (1) IPhone, Model NWGJ2LL/A, IMEI 352844110602781.

Both cell phones were seized by law enforcement on January 21, 2021, from the defendant's person.

**All pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2).**

## SECOND FORFEITURE ALLEGATION

The United States Attorney Further Alleges That:

Upon conviction of the offense alleged in Count 1 of this Information, the defendant, **RUBEN BULLOCK,** shall forfeit to the United States, all of his right, title and interest in any ammunition involved or used in the commission of the offense, or found in the possession or under the immediate control of the defendant at the time of arrest including, but not limited to:

a. 32 rounds of .38 caliber ammunition seized by law enforcement on January 21, 2021 from 688 Pullman Avenue, Apartment A, Rochester, New York.

**All pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Rochester, New York, February 27, 2021.

JAMES P. KENNEDY, JR.
United States Attorney

BY: _____
EVERARDO A. RODRIGUEZ
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
(585) 399-3950
everardo.rodriguez@usdoj.gov
